IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CURTIS N. DOTSON                                                                    PETITIONER
Reg #20245-076

v.                               Case No. 2:18-cv-00104 JM-JTK

C MARUKA, *Warden*,
FCI-Forrest City Low                                                                RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

IT IS SO ORDERED this 11th day of June, 2019.

                                                                UNITED STATES DISTRICT JUDGE