IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CURTIS N. DOTSON                                           PETITIONER
Reg #20245-076

v.                          Case No. 2:18-cv-00104 JM-JTK

C MARUKA, *Warden*,
FCI-Forrest City Low                                       RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice, and the relief prayed for is DENIED.

IT IS SO ADJUDGED this 11th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE